SAM CHISM v. STATE.

No. A-1558. Opinion Filed May 31, 1913.

Appeal from Tulsa County Court;

N. J. Gubser, Judge.

Davidson & Williams, for appellant.

Smith C. Matson, Asst. Atty. Gen., and J. S. Estes, of counsel, for the State.

PER CURIAM. Appellant was convicted in the county court of Tulsa county charged with having violated the prohibitory liquor

law, and his punishment was assessed at a fine of $50 and 30 days' confinement in the county jail. We find no prejudicial error in the record which authorizes a reversal of the judgment. See section 6005, Rev. Laws 1910. The judgment of the lower court is therefore in all things affirmed.